**SIGNED.**

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Dated: January 15, 2010

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24621/0155447998

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Rafael Durazo<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br>Rafael Durazo, Debtors; Russell A. Brown, Trustee.<br>      Respondents. | No. 2:09-bk-12578-SSC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 30) |

This matter having come before the Court for a Preliminary Hearing on January 6, 2010, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Michael J. Fatta, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated, **effective March 6, 2010** as to Movant with respect to that certain real property which is subject of a Deed of Trust dated November 1, 2006, in

the office of the Maricopa County Recorder at wherein Wells Fargo Bank, N.A. is the current beneficiary and Rafael Durazo have an interest in, further described as:

    Lot 284, of TIERRA II AT RANCHO SANTA FE, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 417 of Maps, page 10, and Affidavit of Correction recorded as 97-0227414, of Official Records.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

    DATED this ____ day of _____, 2010.

                                                _____
                                                JUDGE OF THE U.S. BANKRUPTCY COURT